| Case No. | SACV 18-01617-AG (DFMx) | Date | March 1, 2019 |
|---|---|---|---|
| Title | Nehemiah Kong v. Hassan and Sons, Inc. et al | | |

| Present: The Honorable | ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS CASE**

The Court, having been advised by the Plaintiff that this action has been resolved by a Joint Stipulation to Dismiss Case [26], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

\_\_\_\_\_ : \_\_\_\_\_

Initials of Deputy Clerk  mku